IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMMOTHY A. ZEIGLER,

      Appellant,

v.

                               Case No.  5D22-2962
                               LT Case No. 2009-CF-000193

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Timmothy A. Zeigler, Cross City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., JAY and HARRIS, JJ., concur.